# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAHONEE HAWKINS, Individually and on behalf of all others similarly situated, )))) | |
| Plaintiff, ) | Civil Action No.: 4:17-cv-00205-HEA |
| v. )))) | The Hon. Henry E. Autrey |
| NESTLE U.S.A., INC. )))) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Lahonee Hawkins, and Defendant Nestle U.S.A., Inc., hereby stipulate that Plaintiff Lahonee Hawkins' individual claims be dismissed *with prejudice* against Defendant, and the unnamed class members' claims be dismissed *without prejudice* against Defendant. The parties shall bear their own attorneys' fees and costs.


Dated: November 29, 2018                             Respectfully submitted,


*/s/ David L. Steelman*                              */s/ Keri E. Borders*
David L. Steelman 27334MO                            Dale J. Giali 150382CA
STEELMAN, GAUNT & HORSEFIELD                         Keri E. Borders 194015CA
901 Pine Street, Suite 110                           Elizabeth J. Crepps 288414CA
Rolla, Missouri 65401                                MAYER BROWN LLP
Telephone:  573-458-5231                             350 S. Grand Ave., 25th Floor
Facsimile:  573-341-8548                             Los Angeles, CA 90027
dsteelman@steelmanandgaunt.com                       Telephone: (213) 229-9500

| | |
|---|---|
| Scott A. Kamber *(pro hac vice)*<br>KAMBERLAW LLC<br>142 57th Street, 11th Floor<br>New York, New York 10019<br>Telephone:  646-964-9600<br>Facsimile:  212-202-6364<br>kamber@kamberlaw.com<br><br>Naomi B. Spector *(pro hac vice)*<br>KAMBERLAW LLP<br>9404 Genesee Avenue, Suite 340<br>La Jolla, California  92037<br>Telephone:  310-400-1053<br>Facsimile:  212-202-6364<br>nspector@kamberlaw.com<br><br>*Attorneys for Plaintiff* | Facsimile: (213) 625-0248<br>dgiali@mayerbrown.com<br>kborders@mayerbrown.com<br>ecrepps@mayerbrown.com<br><br>Carmine R. Zarlenga 386244DC<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3227<br>Facsimile: (202) 263-5227<br>czarlenga@mayerbrown.com<br><br>David A. Roodman 38109MO<br>Hal A. Goldsmith 32984MO<br>BRYAN CAVE LLP<br>211 North Broadway #3600<br>St. Louis, MO 63102<br>Telephone: (314) 259-2000<br>Facsimile: (314) 259-2020<br>daroodman@bryancave.com<br><br>*Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of the following Joint Stipulation of Dismissal be served on all counsel of record who are deemed to have consented to electronic service on this 29th day of November 2018 via the Court's CM/ECF system.

                                                  */s/ David L. Steelman*
                                                  David L. Steelman